UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DAWN AUGHE | CASE NO.   1:11-CV-0320-MJS |
| Plaintiff, | ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT |
| v. | |
| UNITED STATES OF AMERICA; DEPARTMENT OF THE ARMY; DARNELL ARMEY MEDICAL CENTER and DOES 1 TO 10, Inclusive,, | DISPOSITIVE DOCUMENTS SHALL BE FILED BY JANUARY 7, 2013. (ECF No. 26) |
| Defendants. | |
| _____ / | |

On November 26, 2012, Plaintiff Michelle Dawn Aughe, notified the Court that the above - captioned matter settled in its entirety (ECF No. 26).  In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than January 7, 2013.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contribute to the violation of this order.

///

///

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:  November 28, 2012          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE