BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE DAWN AUGHE, ) | 1:11-cv-00320-MJS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO EXTEND** |
| ) | **TIME FOR FILING DISPOSITIVE** |
| vs. ) | **DOCUMENTS** |
| ) | |
| UNITED STATES OF AMERICA; ) | |
| DEPARTMENT OF THE ARMY; ) | |
| DARNALL ARMY MEDICAL CENTER ) | |
| and DOES 1 to 10, Inclusive, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Rule 160(b), the parties to this action hereby stipulate and request that the Court order an extension of time for the filing of dispositive documents in this settled Federal Tort Claims Act case.

Upon reaching terms the parties promptly prepared and signed a written settlement agreement, and counsel for the United States of America submitted all required documents to the Judgment Fund on November 26, 2012, in order to arrange payment of the settlement amount. As requested in the parties' Notice of Settlement (ECF No. 26), by Order dated November 28, 2012 (ECF

No. 27), the Court set a deadline of January 7, 2013, for filing dispositive documents. As of this date, however, the Judgment Fund has not completed its processing of the voucher for payment. The parties therefore request that the Court extend the deadline for filing dispositive documents to January 31, 2013. The parties will promptly file a dismissal of this action with prejudice after the payment is received by Plaintiff's counsel.

                                            Respectfully submitted,

Dated: January 3, 2013         BENJAMIN B. WAGNER
                                   United States Attorney

                               By:  /s/ Benjamin E. Hall
                                   BENJAMIN E. HALL
                                   Assistant U.S. Attorney
                                   Attorneys for Defendant
                                   United States of America

Dated: January 3, 2013         SAWL LAW GROUP

                                   [Authorized 1/3/13]

                               By:  /s/ Martin Taleisnik
                                   MARTIN TALEISNIK
                                   Attorneys for Plaintiff

**ORDER**

Good cause shown, the above January 7, 2013, deadline is extended, and the Court ORDERS that no later than January 31, 2013, the parties file appropriate papers to dismiss or conclude this action in its entirety or show good cause why it has not been dismissed.

IT IS SO ORDERED.

Dated:   January 4, 2013               /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE