IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE AUGHE | CASE NO. CV 1:11-cv-320-MJS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 30.) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   February 6, 2013                    /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

1